IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK A. DUFF | : | Civil Action No. 14-6079 |
| v. | : | |
| CITY OF PHILADELPHIA | : | |

## ORDER

**AND NOW,** this 4th day of August 2015, upon consideration of Defendant's Motion to Dismiss [Doc. No. 6] and Plaintiff's response in opposition, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice.

The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**